(No. 6104—

XEROX CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, OFFICE OF THE ATTORNEY GENERAL, Respondent.

*Opinion filed August 30, 1971.*

XEROX CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L.S. ARKEMA, JR., Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6105—

BASILIUS ZARICZNYJ, M.D., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed August 30, 1971.*

BASILIUS ZARICZNYJ, M.D., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.